**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LISA ANN WILSON,<br><br>　　　　　　　Defendant. | Case No. <u>22-cr-01357-JLS</u><br>　　　　　　<u>22MJ1776</u><br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Fentanyl and Cocaine (Felony) |

The United States Attorney charges:

### Count 1

On or about May 18, 2022, within the Southern District of California, defendant LISA ANN WILSON, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

EFB:lml:5/28/2022

Count 2

On or about May 18, 2022, within the Southern District of California, defendant LISA ANN WILSON, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 28, 2022.

RANDY S. GROSSMAN
United States Attorney

*Elizabet F. Brown*
ELIZABET F. BROWN
Assistant U.S. Attorney