**GERARD J. WASSON**
California Bar No. 166636
427 C Street, Suite 310
San Diego, CA 92101
Tel: (619) 232-0181
gerard.wasson@sbcglobal.net

Attorney for Defendant Lisa Ann Wilson

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JILL L. BURKHARDT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA ANN WILSON,<br><br>    Defendant. | CASE NO. 22CR1357-JLS<br>22MJ1776-JLB<br><br>UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS ALLOWING NON-RELATED SURETIES |

    Bond is currently set at $20,000 secured by the signatures of two financially responsible and *related* adults [Doc. # 5]. Defendant, Lisa Wilson, by and through her counsel, Gerard J. Wasson, moves this Court, and the Government does not oppose, for an order to modify the release conditions allowing non-related sureties.

    In the past year, between June and October 2021, Ms. Wilson's uncle, aunt, and sister all passed away. Due to these recent deaths, especially due to the death of her sister with whom Ms. Wilson was particularly close, there is current family tension such that Ms. Wilson has no potential related sureties. However, several individuals in Ms. Wilson's community have expressed interest in being a surety for her.

22CR1357-JLS

For these reasons, and because the Government does not oppose, Ms. Wilson respectfully requests that this Court grant the requested modification – that the release conditions be modified only with respect to requiring related sureties, and that all other conditions shall remain in effect.

Respectfully submitted,

Date: June 24, 2022

/s/ *Gerard J. Wasson*
Attorney for Lisa Ann Wilson

22CR1357-JLS