# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22-cr-01357-JLS-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Lisa Ann Wilson | Booking No. 01812510 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/5/2022 the Court entered the following order:

| | |
|---|---|
| ☒ | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| ☒ | Defendant released on $20,000 PS Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| ☒ | Other. Defendant to be released on 7/6/2022 by 9:00 AM to PTSO William Perales 619-430-0014. Defense Counsel to arrange transport from PTS office to residential drug treatment program. |

JILL L. BURKHARDT

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by A. Smith 619-557-6425

7/5/22
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Aishah Smith |
| **Subject:** | Read: 22cr1357 Abstract |
| **Date:** | Tuesday, July 5, 2022 3:26:21 PM |

Your message

  To: CAS Releases
  Subject: 22cr1357 Abstract
  Sent: Tuesday, July 5, 2022 3:10:37 PM (UTC-08:00) Pacific Time (US & Canada)
was read on Tuesday, July 5, 2022 3:24:47 PM (UTC-08:00) Pacific Time (US & Canada).