AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA



FID: 11425650
FILED
JUL 11 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

Lisa Ann Wilson (1)

WARRANT FOR ARREST

Case Number: 22cr1357-JLS-1

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Lisa Ann Wilson (1)_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense):
See Petition

DATE: 7/8/22
ARRESTED BY: USMS
Duan Ballard
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED
2022 JUL -8 AM 11:38
U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Sotelo
Signature of Deputy

7/8/2022 San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Jill L. Burkhardt___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |