UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LISA ANN WILSON,<br><br>　　　　　　Defendants | CASE NO.: 22CR1357-JLS<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing / trial setting currently scheduled for July 20, 2022, be continued to September 16, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant 18 U.S.C. Sections 3161(h)(1)(D) and (h)(7) as failure to continue would stop further proceedings or result in miscarriage of justice in the interim.

SO ORDERED.

Dated: July 13, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge